Prob12C
DMA (3/2005)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| **Name of Offender:** Brian Vilnegre | **Case Number:** 0101 1:23CR10111 |
| **Name of Sentencing Judicial Officer:** | Honorable Mark R. Hornak, Chief U.S. District Judge, Western District of Pennsylvania |
| **Name of Judicial Officer Assigned:** | To be assigned |
| **Date of Original Sentence:** | 1/18/2023 |
| **Original Offense:** | Conspiracy to Commit Access Device Fraud, in violation of 18 U.S.C. § 1029(b)(2), Access Device Fraud, in violation of 18 U.S.C. §1029(a)(3) and (a)(4) |
| **Original Sentence:** | 48 Months Probation |
| **Type of Supervision:** Probation | **Date Supervision Commenced:** 1/18/2023 |
| **Asst. U.S. Attorney:** To be assigned | **Defense Attorney:** To be assigned |

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**     **Nature of Noncompliance**

   I.     **Violation of Mandatory Condition:** You must not commit another federal, state, or local crime.

   On October 23, 2023, Mr. Vilnegre was arrested by the Massachusetts State Police and charged with OUI Liquor, in violation of M.G.L. 90-24-J, and Possession Open Container of Alcohol, in violation of M.G.L. 90-24. Evidence of this violation is supported by the Massachusetts State Police Arrest Report Case # 2023-0H3-007150.

   II.     **Violation of Standard Condition:** You must work full time (at least 30 hours per week) at a lawful type of employment, unless probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify probation at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to

      **unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

      Mr. Vilnegre has not worked at a verifiable place of employment since the start of his supervision of January 18, 2023. Mr. Vilnegre reports to be working at a landscaping company but gets paid in cash. Evidence of this violation is supported by officer's testimony.

**U.S. Probation Officer Recommendation:**

      The term of supervision should be:
- ☒ Revoked
- ☐ Extended for   year(s), for a total term of years.
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed and Approved by:

*/s/ Gina Affsa*
Gina Affsa
Supervisory U.S. Probation Officer

Respectfully submitted,

*/s/ Julianne Robinson*
Julianne Robinson
U.S. Probation Officer
Date: 10/23/2023

**THE COURT ORDERS**
- ☐ No Action
- ☐ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

Signature of Judicial Officer

Date